UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Camille Bundte; Alternative Solutions, Inc., a California Corporation; Network Office Solutions, Inc., a California Corporation,** and Does 1-10<br><br>　　　　Defendants**.** | CASE NO. 17-cv-0108-JAM-KJN<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Served:<br>　　Feb. 24, 2017<br>Current Response Date: March 24, 2017<br>New Response Date: April 17, 2017<br><br>Trial Date:  TBD<br>District Judge:  Hon. John Mendez |

Case No. CV-00108-JAM-KJN

1  Upon considering the parties' Stipulation and Request to Extend Time for
2  Defendant Camille Bundte to Respond to First Amended Complaint:
3      IT IS HEREBY ORDERED THAT the deadline for Defendant
4  Camille Bundte to respond to the First Amended Complaint in this case shall
5  be extended to April 17, 2017.
6
7  DATED: 3/24/2017                /s/ John A. Mendez
8                                  HON. John A. Mendez
9                                  United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV-00108-JAM-KJN